IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TENNESSEE

JAKE'S BAR AND GRILL, LLC, and
ANTONIO VITOLO

    Plaintiffs,

v.

ISABELLA CASILLAS GUZMAN,

    Defendant.

## PLAINTIFFS' MOTION FOR A PRELIMINARY INJUNCTION

Plaintiffs hereby move, pursuant to Federal Rule of Civil Procedure 65, for a preliminary injunction, requiring Defendant to process applications for grants from the Restaurant Revitalization Fund in the order that they were received, without regard to the race or gender of the applicant. The grounds for this motion are set forth in an accompanying Memorandum in Support of a Temporary Restraining Order and Preliminary Injunction and the supporting declarations.

    Dated: May 11, 2021

WISCONSIN INSTITUTE FOR LAW & LIBERTY

Rick Esenberg
rick@will-law.org

/s/ *Daniel P. Lennington*
Daniel P. Lennington *(pro hac vice pending)*
dan@will-law.org

Luke N. Berg *(pro hac vice pending)*
luke@will-law.org

330 E. Kilbourn Ave., Suite 725
Milwaukee, WI 53202
Phone: (414) 727-9455
Fax: (414)727-6385


*/s/ Matthew J. McClanahan*
Matthew J. McClanahan (BPR #036867)
McClanahan & Winston, PC
PO Box 51907
Knoxville, Tennessee 37950
Telephone: (865) 347-3921
Fax: (865) 444-0786
Email: matt@tennadvocate.com

*Attorneys for Plaintiffs*