IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TENNESSEE

---

JAKE'S BAR AND GRILL, LLC, and
ANTONIO VITOLO,

          Plaintiffs,

  v.

ISABELLA CASILLAS GUZMAN,

          Defendant.

---

## DECLARATION OF ANTONIO VITOLO

---

I, Antonio ("Tony") Vitolo, make the following declaration under the penalty of perjury:

1.    I am a white male.

2.    I own and operate Jake's Bar and Grill, LLC, which is a Tennessee limited liability company, with its principal place of business in Harriman, Roane County, Tennessee. Through the restaurant, I support my wife, who is Hispanic, and our children. As my wife, she is a 50% owner of the restaurant.

3.    I am not a veteran of the U.S. Armed Forces.

4.    I have owned Jake's Bar and Grill since July 1, 2018.

5.    When COVID-19 hit in March 2020, I closed my restaurant every day except weekends. During the weekends, I offered "to go" orders.

1

6.      Because of COVID-19, my sales declined significantly. For example, I estimate that I lost about $35,000 in sales during the month of April 2020 alone. My 2019 gross receipts were $589,327.64, and my 2020 gross receipts were $484,737.44.

7.      In addition to lost sales, I have also struggled with finding workers. I currently have about three employees, including myself, but normally I would have about ten employees.

8.      The Restaurant Revitalization Fund was announced in a press release on April 27, 2021. This press release encouraged restaurant owners to apply on Day 1, meaning Monday, May 3, 2021. It is available at https://www.sba.gov/article/2021/apr/27/sba-administrator-guzman-announces-application-opening-286-billion-restaurant-revitalization-fund. A copy of this press release is attached as **Exhibit 1.**

9.      I applied for a grant from the Restaurant Revitalization Fund at restaurants.sba.gov on Monday, May 3, 2021. This was the first day of the application period.

10.      In my application, SBA included a section called "Priority in Awarding Restaurant Revitalization Funds." Attached as **Exhibit 2** is that section from my application.

11.      My application also included a page of SBA's instructions dealing with "priority" applications. Attached as **Exhibit 3** is that section from my application.

12.     While I was filing out my application, SBA asked me my race and gender. I answered these questions honestly. Attached as **Exhibit 4** is a screenshot of how I answered this question.

13.     After I completed my application, I received a notification that my application status was "under review." SBA also notified me that my "calculated award amount" was $104,590.20. I have attached a screenshot from restaurant.sba.gov as **Exhibit 5.**

14.     Also, after I completed my application, the next day, May 4, 2021, I received an email, which I am attaching as **Exhibit 6.** I have redacted my personal email address.

15.     I reviewed and relied on a handbook prepared by SBA regarding the Restaurant Revitalization Fund. This handbook is available at https://www.sba.gov/funding-programs/loans/covid-19-relief-options/restaurant-revitalization-fund. I have also included a copy of this handbook as **Exhibit 7.**

16.     On May 7, 2021, SBA sent me an email attached here as **Exhibit 8**. I have redacted my personal email address.

17.     If I was not white, I would be considered by SBA economically disadvantaged according to SBA's definition on the application. This is because my net worth is less than $750,000, excluding my ownership in Jake's Bar and Grill, LLC, my primary personal residence, contingent liabilities, funds invested in an official retirement account, or income received from Jake's Bar and Grill, LLC that was reinvested in the restaurant. Also, over the preceding three years, my adjusted

gross income did not exceed an average of $350,000, excluding income I reinvested in Jake's Bar and Grill, LLC. Income received from. Finally, my ownership interest in the Jake's Bar and Grill, my primary personal residence, and funds invested in an official retirement account do not exceed $6 million.

18.     SBA has treated me differently because of my race. If I was not white, my application would be reviewed and my grant awarded during the 21-day priority period.

19.     SBA also treated me differently because of my gender. If I was not a male, my application would be reviewed and my grant awarded during the 21-day priority period.

20.     I do not want special treatment, but I just want to be treated equally under the law.

21.     This is especially offensive to me because I am being treated differently because of my race and sex. I am opposed to race and sex discrimination, and I would hope my government lived up to the same principle.

22.     My wife is a member of a restaurant owners Facebook Group. Based on my review of messages on that group, certain minority and women restaurant owners are posting documents showing they have been funded by the Restaurant Revitalization Fund.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Dated: 5/11/21

Antonio Vitolo

EXHIBIT 1

**COVID-19 relief options and additional resources:**   LEARN MORE   ✕

PRESS RELEASE

# SBA Administrator Guzman Announces Application Opening for $28.6 Billion Restaurant Revitalization Fund

Fund prioritizes direct relief to women, veterans, and socially and economically disadvantaged individuals, and includes $9.5 billion in set-asides for smaller businesses

*April 27, 2021 | Release Number 21–33*

Contact U.S. Small Business Administration at Press_Office@sba.gov

---

**WASHINGTON -** SBA Administrator Isabella Casillas Guzman today announced the U.S. Small Business Administration will begin registrations on Friday, April 30, 2021, at 9 a.m. EDT and open applications on Monday, May 3, 2021, at noon EDT for the Restaurant Revitalization Fund. The online application will remain open to any eligible establishment until all funds are exhausted.

"Restaurants are the core of our neighborhoods and propel economic activity on main streets across the nation. They are among the businesses that have been hardest hit and need support to survive this pandemic. We want restaurants to know that help is here," said Administrator Guzman. "The SBA has focused on the marketplace realities of our food and beverage businesses in designing the Restaurant Revitalization Fund to meet businesses where they are. And we are


Back to Top

Established under the American Rescue Plan, and signed into law by President Joe Biden on March 11, 2021, the Restaurant Revitalization Fund provides a total of $28.6 billion in direct relief funds to restaurants and other hard-hit food establishments that have experienced economic distress and significant operational losses due to the COVID-19 pandemic. This program will provide restaurants with funding equal to their pandemic-related revenue loss up to $10 million per business and no more than $5 million per physical location. Funds must be used for allowable expenses by March 11, 2023.

"Recognizing the great urgency to help restaurants keep their doors open – and with a clear mandate from Congress – the SBA worked at a breakneck speed and is excited to launch this program," said Patrick Kelley, SBA Associate Administrator, Office of Capital Access. "From day one, we engaged with diverse stakeholders in the food industry community to make sure we built and delivered the program equitably, quickly, and efficiently."

In preparation, the SBA recommends qualifying applicants familiarize themselves with the application process in advance to ensure a smooth and efficient application experience, specifically by:

- Registering for an account in advance at restaurants.sba.gov starting Friday, April 30, 2021, at 9 a.m. EDT.
- Reviewing the official guidance, including program guide, frequently asked questions, and application sample.
- Preparing the required documentation.
- Working with a point-of-sale vendor or visiting restaurants.sba.gov to submit an application when the application portal opens. [Note: If an applicant is working with a point-of-sale vendor, they do not need to register beforehand on the site.]
- Attending a live recorded virtual training webinar.
  - **Tuesday, April 27 | 2:30 p.m. EDT | Register here**
  - **Wednesday, April 28 | 1 p.m. EDT | Register here**
  - **Wednesday, April 28 | 2:30 p.m. EDT | Register here**

For the first 21 days that the program is open, the SBA will prioritize funding applications from businesses owned and controlled by women, veterans, and socially and economically disadvantaged individuals. All eligible applicants are encouraged to submit applications as s

↑
Back
to Top

Consistent with the legislation and the intent of Congress, the SBA continues to take steps to ensure the equitable distribution of relief, particularly for the smallest businesses, by creating a $9.5 billion set-aside: $5 billion for applicants with 2019 gross receipts of not more than $500,000; $4 billion is set aside for applicants with 2019 gross receipts from $500,001 to $1,500,000; and $500 million for applicants with 2019 gross receipts not more than $50,000.

For more information, visit [sba.gov/restaurants](sba.gov/restaurants) or in Spanish at [sba.gov/restaurantes](sba.gov/restaurantes).

###

**About the U.S. Small Business Administration**
The U.S. Small Business Administration makes the American dream of business ownership a reality. As the only go-to resource and voice for small businesses backed by the strength of the federal government, the SBA empowers entrepreneurs and small business owners with the resources and support they need to start and grow their businesses. It delivers services to people through an extensive network of SBA field offices and partnerships with public and private organizations. To learn more, visit [www.sba.gov](www.sba.gov).

**Related programs:** [Disaster](Disaster), [RRF](RRF)

| What We Do | SBA Team |
|---|---|
| Newsroom | SBA Performance |
| FOIA | Inspector General |
| Contact SBA | Privacy Policy |
| SBA en Español | Blog |




Back to Top


SUBSCRIBE

U.S. Small Business Administration409 3rd St, SW. Washington DC 20416

Back
to Top

EXHIBIT 2

**Priority in Awarding Restaurant Revitalization Funds**
In accordance with the American Rescue Plan Act of 2021, SBA will prioritize awarding funds to Applicants that are small business concerns at least 51 percent owned and controlled by individuals who are women, veterans, and/or socially and economically disadvantaged individuals. Applicants in one of these categories that are operating under an approved plan of reorganization under either a Chapter 11, Chapter 12 or Chapter 13 bankruptcy and do not have a trustee exercising day-to-day control are eligible for funding under this program. *See* the application instructions for applicable definitions.

As of the date of this application, Applicant is a small business concern at least 51 percent owned and controlled by (check all that apply):

☐ One or more women
☐ Veteran(s)
☐ Socially and economically disadvantaged individual(s)

**Self-Certification that Applicant is Eligible for Priority in Awarding Restaurant Revitalization Funds:**
The authorized representative of the Applicant must self-certify that the Applicant is eligible for priority in awarding grants because the Applicant is an eligible small business concern owned and controlled by one or more women, veterans, and/or socially and economically disadvantaged individuals **by initialing here:_____**



- For a nonprofit organization, the officers and directors of the Applicant.
4. **Principal Name**. Insert the full name of the Principal.
5. **Principal Position**. Identify the Principal's position; for example, self-employed individual; independent contractor; sole proprietor; general partner; owner; officer; director; member; or key employee.

**Affiliate/Affiliated Business:** An Affiliated Business or affiliate is a business in which an eligible entity has an equity interest or right to profit distributions of not less than 50 percent, or in which an eligible entity has the contractual authority to control the direction of the business, provided that such affiliation shall be determined as of any arrangements or agreements in existence as of March 13, 2020.

**Priority in Awarding Restaurant Revitalization Funds:** To be eligible for priority in awarding Restaurant Revitalization Funds, Applicants must self-certify that they meet the definition of any of the following priority Applicants:

- **A small business concern owned and controlled by veterans** is a business concern (a business entity organized for profit, with a place of business located in the United States, and which operates primarily in the United States) that is considered small in accordance with SBA's size standards at 13 CFR § 121.201 and is at least 51 percent owned by one or more veterans, and the management and daily business operations of the Applicant are controlled by one or more veterans. A veteran is defined as a person who served in the active military, naval, or air service, and who was discharged or released under conditions other than dishonorable.

- A **small business concern owned and controlled by women** is a business concern (a business entity organized for profit, with a place of business located in the United States, and which operates primarily in the United States) that is considered small in accordance with SBA's size standards at 13 CFR § 121.201 and is at least 51 percent owned by one or more women, and the management and daily business operations of the Applicant are controlled by one or more women.

- **A small business concern owned and controlled by socially and economically disadvantaged individuals** is a business concern (a business entity organized for profit, with a place of business located in the United States, and which operates primarily in the United States) that is considered small in accordance with SBA's size standards at 13 CFR § 121.201 and is at least 51 percent owned by one or more socially and economically disadvantaged individuals, an Alaska Native Corporation, an economically disadvantaged Indian tribe, or an economically disadvantaged Native Hawaiian Organization, and the management and daily business operations of the Applicant are controlled by one or more socially and economically disadvantaged individuals, an Alaska Native Corporation, an economically disadvantaged Indian tribe, or an economically disadvantaged Native Hawaiian Organization. Socially disadvantaged individuals are those who have been subjected to racial or ethnic prejudice or cultural bias because of their identity as a member of a group without regard to their individual qualities. Individuals who are members of the following groups are presumed to be socially disadvantaged: Black Americans; Hispanic Americans; Native Americans (including Alaska Natives and Native Hawaiians); Asian Pacific Americans; or Subcontinent Asian Americans. Economically disadvantaged individuals are those socially disadvantaged individuals whose ability to compete in the free enterprise system has been impaired due to diminished capital and credit opportunities as compared to others in the same business area who are not socially disadvantaged. In assessing economic disadvantage, SBA will look at whether the net worth of the individual claiming disadvantage is less than $750,000, excluding his or her ownership interest in the Applicant, primary personal residence, contingent liabilities, funds invested in an official retirement account, or income received from an S-corporation, LLC, or partnership if the individual provides documentation that the income was reinvested in the firm. SBA will also look at whether the adjusted gross income of the individual averaged over the preceding three years exceeds $350,000. Income received from an S-corporation, LLC or partnership that is reinvested in the firm or used to pay taxes arising in the normal operations of the firm is excluded. Finally, SBA will look at whether the fair market value of all the individual's assets (excluding his or her ownership interest in the Applicant, primary personal residence, or funds invested in an official retirement account) exceeds $6 million. An individual who exceeds any of these thresholds for net worth, personal income, or total assets will generally be deemed to not be economically disadvantaged.

- SBA will consider an applicant to meet the definition of a small business concern owned and controlled by women, veterans, or socially and economically disadvantaged individuals if the applicant is a small business concern that is at least 51 percent owned by one or more individuals who are women, veterans, or socially and economically disadvantaged and if the management and daily business operations of the applicant are controlled by one or more women, veterans, or socially and economically disadvantaged individual. For example: An applicant has five owners who each own 20 percent of the applicant. Two owners are veterans and one owner is a socially and economically disadvantaged individual. SBA will consider this applicant to meet the requirement that at least 51 percent of the applicant is owned by a priority group.

- If an individual meets the requirements of more than one priority group category, that individual is only counted once. For example: An applicant has five owners who each own 20 percent of the applicant. One of the owners is a woman veteran who is a socially and economically disadvantaged individual; however, none of the remaining four owners are a woman, veteran, or socially and economically disadvantaged individual. This applicant is not eligible to file an application as a priority group applicant.

# EXHIBIT 4



EXHIBIT 5

 

## Restaurant Revitalization Award

| Status | Helpful Links |
|--------|---------------|

Calculated Award Amount

**$104,590.20**

Your Application Status

○ Application in Progress

○ E-Signature Pending

○ E-Signature Processing

○ Submitted

○ IRS Verification

● **Under Review**

# EXHIBIT 6

**From:** Small Business Administration <news@updates.sba.gov>
**Date:** May 4, 2021 at 6:01:22 PM EDT
**To:**
**Subject: RRF: What to Expect Next**
**Reply-To:** news@updates.sba.gov





Thank you for your interest in the Restaurant Revitalization Fund program. Regardless of where you are in the application process, please review the following reminders and helpful hints about moving forward:

**What to expect next:**

1. As outlined by Congress, the SBA will focus their reviews on the priority applications that have been submitted. Applicants who have submitted a non-priority application will find their applications remain in a Review

status while the priority applications are processed during the first 21 days. Applicants in this status should not anticipate any outreach from the SBA during this period.

2. Following a successful application submission, all applications will first enter a stage called "IRS verification". This process may take up to seven days and allows the SBA to validate your application submission.

3. If you have questions about the award calculation, see the [program guide](#), pages 7–9.

4. The 4506T form is signed with your application during the e-sign process. You do not need to submit an additional 4506T.

5. If you are entering a state in the address section(s) use the abbreviation in capital letters (e.g., PA, TX, ME, WA, etc.).

6. For application support, you may submit a message using the platform inbox. For quick answers, this may be your best route.

As a reminder, per federal award program guidelines that require the same and equal information be provided to each applicant, SBA's team members are limited on responses they can provide to applicants, including specific questions regarding RRF eligibility, potential award amount, and other detailed information.

Thank you,
SBA Restaurant Revitalization Fund Program

I.     **U.S. Small Business Administration**
**Subscriber Services**
Unsubscribe  |  Manage your account

    

SHARE

[Unsubscribe](#) | Update your subscriptions or modify your password/email address at any time on your [Subscriber Preferences Page](#).

*All SBA programs and services are provided on a nondiscriminatory basis. Reasonable accommodations will be made if requested at least two weeks in advance*

This email was sent to by Small Business Administration (SBA) · 409 3rd St, SW · Washington DC 20416 · 1-800-827-5722



 
‹ Back to all topics

# Restaurant Revitalization Fund

*This program provides emergency assistance for eligible restaurants, bars, and other qualifying businesses impacted by COVID-19.*

——

## Content

[Program details](#)
[Supplemental documents](#)
[Get help with your application](#)
[Who can apply](#)
[How to apply](#)
[When to apply](#)
[Set asides](#)
[Funding amount](#)
[Allowable use of funds](#)
[What to expect after you have applied](#)
[Information about RRF in other languages](#)

---

APPLY NOW

Applications are now open. See [How to apply](#) for more detail.

Spanish. Most browsers will require a restart to display in that language.

# Program details

The American Rescue Plan Act established the Restaurant Revitalization Fund (RRF) to provide funding to help restaurants and other eligible businesses keep their doors open. This program will provide restaurants with funding equal to their pandemic-related revenue loss up to $10 million per business and no more than $5 million per physical location. Recipients are not required to repay the funding as long as funds are used for eligible uses no later than March 11, 2023.

Sign up to receive email alerts from SBA as additional information about the Restaurant Revitalization Fund becomes available.

# Supplemental documents

- Restaurant Revitalization Fund program guide
- Restaurant Revitalization Fund sample application (SBA Form 3172)

# Get help with your application

Federal guidelines require that we provide the same and equal information to each applicant. Therefore, SBA staff are limited on responses we can provide to applicants, including specific questions regarding RRF eligibility, potential award amount, and other detailed information. Some key information to know:

- For detailed information about how to calculate your award amount, please consult page 7-9 of the RRF program guide.
- The IRS 4506T form is signed with your application during the e-sign process. You do not need to submit an additional 4506T.
- If you are entering a state in the address section(s) use the abbreviation in capital letters (e.g., PA, TX, ME, WA, etc.).

For assistance preparing your application, you can access the following:

- [RRF knowledge base support documentation](#)
- [Application portal screenshots](#)
- Call center support: 844-279-8898

You can also watch a previously recorded webinar training to help you prepare:

- [Webinar: Special briefing on RRF with SBA and Public Private Strategies Institute](#)
- [Webinar: Learn how to apply for RRF](#)

For assistance with your submitted application:

- Submit a message using the application platform inbox (preferred)
- Call center support: 844-279-8898

# Who can apply

Eligible entities who have experienced pandemic-related revenue loss include:

- Restaurants
- Food stands, food trucks, food carts
- Caterers
- Bars, saloons, lounges, taverns
- Snack and nonalcoholic beverage bars
- Bakeries (onsite sales to the public comprise at least 33% of gross receipts)
- Brewpubs, tasting rooms, taprooms (onsite sales to the public comprise at least 33% of gross receipts)
- Breweries and/or microbreweries (onsite sales to the public comprise at least 33% of gross receipts)
- Wineries and distilleries (onsite sales to the public comprise at least 33% of gross receipts)

sample, or purchase products

[Cross-program eligibility on SBA COVID-19 relief options](#)

# How to apply

You can apply through SBA-recognized Point of Sale (POS) vendors or directly via SBA in a forthcoming online application portal: [https://restaurants.sba.gov](https://restaurants.sba.gov). Participating POS providers include Square, Toast, Clover, NCR Corporation (Aloha), and Oracle. If you are working with Square or Toast, you do not need to register beforehand on the [https://restaurants.sba.gov](https://restaurants.sba.gov) application portal.

Registration with SAM.gov is not required. DUNS or CAGE identifiers are also not required.

If you would like to prepare your application, view the sample application form. You will be able to complete this form online. Please do not submit RRF forms to SBA at this time.

**[SBA Form 3172](#)**

Additional documentation required:

- Verification for Tax Information: IRS Form 4506-T, completed and signed by Applicant. Completion of this form digitally on the SBA platform will satisfy this requirement.
- Gross Receipts Documentation: Any of the following documents demonstrating gross receipts and, if applicable, eligible expenses
  - Business tax returns (IRS Form 1120 or IRS 1120-S)
  - IRS Forms 1040 Schedule C; IRS Forms 1040 Schedule F
  - For a partnership: partnership's IRS Form 1065 (including K-1s)
  - Bank statements
  - Externally or internally prepared financial statements such as Income Statements or Profit and Loss Statements
  - Point of sale report(s), including IRS Form 1099-K

For applicants that are a brewpub, tasting room, taproom, brewery, winery, distillery, or bakery:

who opened in 2020, the Applicant's original business model should have contemplated at least 33.00% of gross receipts in onsite sales to the public.

For applicants that are an inn:

- Documents evidencing that onsite sales of food and beverage to the public comprise at least 33.00% of gross receipts for 2019. For businesses who opened in 2020, the Applicant's original business model should have contemplated at least 33.00% of gross receipts in onsite sales to the public.

# When to apply

Applications are now open.

---

### Priority period

### *Days 1 through 21*

---

SBA will accept applications from all eligible applicants, but only process and fund priority group applications. See "Priority groups" below.

During this period, SBA will fund applications where the applicant has self-certified that it meets the eligibility requirements for a small business owned by women, veterans, or socially and economically disadvantaged individuals.

See "Set asides" below.

---

### Open to all applicants

SBA will accept applications from all eligible applicants and process applications in the order in which they are approved by SBA.

**Priority groups**

- A small business concern that is at least 51 percent owned by one or more individuals who are**:**
  - Women, or
  - Veterans, or
  - Socially and economically disadvantaged (see below).
- Applicants must self-certify on the application that they meet eligibility requirements
- **Socially disadvantaged individuals** are those who have been subjected to racial or ethnic prejudice or cultural bias because of their identity as a member of a group without regard to their individual qualities.
- **Economically disadvantaged individuals** are those socially disadvantaged individuals whose ability to compete in the free enterprise system has been impaired due to diminished capital and credit opportunities as compared to others in the same business area who are not socially disadvantaged.

# Set asides

1. $5 billion is set aside for applicants with 2019 gross receipts of not more than $500,000
2. An additional $4 billion is set-aside for applicants with 2019 gross receipts from $500,001 to $1,500,000
3. An additional $500 million is set-aside for applicants with 2019 gross receipts of not more than $50,000

*SBA reserves the right to reallocate these funds at the discretion of the Administrator.

# Funding amount

For detailed information about how to calculate your award amount, please consult page 1-6 of the <u>RRF program guide</u>.

Calculation 1: for applicants in operation prior to or on January 1, 2019:

- 2019 gross receipts minus 2020 gross receipts minus PPP loan amounts

Calculation 2: for applicants that began operations partially through 2019:

- (Average 2019 monthly gross receipts x 12) minus 2020 gross receipts minus PPP loan amounts

Calculation 3: for applicants that began operations on or between January 1, 2020 and March 10, 2021 and applicants not yet opened but have incurred eligible expenses:

- Amount spent on eligible expenses between February 15, 2020 and March 11, 2021 minus 2020 gross receipts minus 2021 gross receipts (through March 11, 2021) minus PPP loan amounts

For those entities who began operations partially through 2019, you may elect (at your own discretion) to use either calculation 2 or calculation 3.

**Maximum and minimum amounts**

SBA may provide funding up to $5 million per location, not to exceed $10 million total for the applicant and any affiliated businesses. The minimum award is $1,000.

**Gross receipts**

For the purposes of this program, gross receipts does not include:

- Amounts received from Paycheck Protection Program (PPP) loans (First Draw or Second Draw)
- Amounts received from Economic Injury Disaster Loans (EIDL)
- Advances on EIDL (EIDL Advance and Targeted EIDL Advance)
- State and local grants (via CARES Act or otherwise)

# Allowable use of funds

Funds may be used for specific expenses including:

- Business payroll costs (including sick leave)
- Payments on any business mortgage obligation
- Business rent payments (note: this does not include prepayment of rent)
- Business debt service (both principal and interest; note: this does not include any prepayment of principal or interest)
- Business utility payments
- Business maintenance expenses
- Construction of outdoor seating
- Business supplies (including protective equipment and cleaning materials)
- Business food and beverage expenses (including raw materials)
- Covered supplier costs
- Business operating expenses

# What to expect after you have applied

- As outlined by Congress, SBA will review applications from priority applications groups first. Applicants who have submitted non-priority applications will remain in "Review" status while priority applications are processed during the first 21 days. We do not anticipate communicating with applicants in "Review" status during this period.
- Following a successful application submission, all applications will enter "IRS verification" status. This process may take up to seven days and allows the SBA to validate your application submission.

# Information about RRF in other languages

RRF applications must be submitted in English or Spanish. We provide documents in additional languages to help you understand eligibility requirements, fill out applications, and answer frequently asked questions.

[العربية](#)

[中文简体](#)

[中文繁體](#)

[Français](#)

[Deutsche](#)

[ગુજરાતી](#)

[Kreyòl Ayisyen](#)

[हिन्दी भाषा](#)

[Italiano](#)

[한국어](#)

**[Polski](#)**

[Português](#)

[русский](#)

[Tagalog](#)

[Tiếng Việt](#)

**[ไทย](#)**

**[ខ្មែរ](#)**

[Soomaali](#)

[Lea Fakatonga](#)

[Fosun Chuuk](#)

[Kajin Majõl](#)

**[Fa'a Samoa](#)**

[ခေၚႏနႃ့](#)

[Bahasa Indonesia](#)

[ລາສາລາວ](#)

[Bahasa Melayu](#)

[தமிழ](#)

[አማርኛ](#)

[ትግርኛ](#)

[Afaan Oromoo](#)

**Next**

| Cross-program eligibility                                    ❯ |
|----------------------------------------------------------------|

| What We Do | SBA Team |
| Newsroom | SBA Performance |
| FOIA | Inspector General |
| Contact SBA | Privacy Policy |
| SBA en Español | Blog |


Sign up for SBA email updates

SUBSCRIBE

U.S. Small Business Administration409 3rd St, SW. Washington DC 20416

# EXHIBIT 8

**From:** Small Business Administration <news@updates.sba.gov>
**Date:** May 7, 2021 at 7:49:03 PM EDT
**To:**
**Subject: PPP and RRF Updates**
**Reply-To:** news@updates.sba.gov







The SBA began accepting applications for the Restaurant Revitalization Fund (RRF) on Monday, May 3. In the **first two days of the RRF application window**, the SBA has received:

- 186,200 applications from restaurants, bars, and other eligible businesses in all 50 states, Washington, D.C., and five U.S. Territories.

- 97,600 applications of which came from restaurants, bars, and other eligible businesses owned and controlled by women (46,400), veterans (4,200),

socially and economically disadvantaged individuals (30,800), or some combination of the three (16,200).

- 61,700 applications from businesses with under $500,000 in annual pre-pandemic revenue, representing some of the smallest restaurants and bars in America.

The SBA is still accepting applications. For more information and how to apply, visit **sba.gov/restaurants**.





The SBA is currently offering PPP loans originated only by participating community financial institutions including Certified Development Companies (CDCs), SBA Microlenders, Community Development Financial Institutions (CDFIs), and Minority Depository Institutions (MDIs) until May 31, 2021 or until remaining funds are exhausted. Please note that not all community financial institutions are participating in PPP.

**Learn more**



SBA and Public Private Strategies Institute are providing several educational opportunities for you to learn more about programs that will help your business get back on track. On **Tuesday, May 11 at 1pm ET**, the Office of International Trade will present a webinar on programs that could help your business grow by connecting you with international trade opportunities.

Join SBA, Public Private Strategies Institute, and other stakeholders to hear about:

- Steps you can take now to connect to the Office of International Trade
- What SBA exporting assistance programs your business may qualify for
- International trade success stories

**Register for the webinar**



May is World Trade Month and the SBA has teamed up with partnering organizations to offer webinars all month to help small business owners gain valuable insights on strategies for international sales success. All webinars begin at 2:00 p.m. EDT.

- **May 12** | SBA Support for Commercializing Innovation | **Register here**
- **May 18** | Going Global with Trade Agreements | **Register here**
- **May 20** | Utilizing eCommerce Tools to Drive Global Sales | **Register here**
- **May 25** | Business Beyond Borders: Commemorating World Trade Month | **Register here**
- **May 27** | Logistics of Growing Global eCommerce | **Register here**



The SBA is currently accepting applications for the Shuttered Venue Operators Grant. To submit an application, visit **sba.gov/svogrant.**



**Save the date!** The SBA will host an online panel discussion on May 27, 2021 with Asian American/Pacific Islander-owned small businesses as they share their small

business stories and how they pivoted during the pandemic and utilized SBA's critical financial lifelines.

The SBA will also share resources available to help AAPI entrepreneurs launch new businesses, compete in the marketplace, and connect with the training and funding opportunities to help recover and rebuild.

Registration will be available soon.



## I.    Be Inspired: Small Business Success Story

During Asian American and Native Hawaiian/Pacific Islander Heritage Month, we're highlighting inspiring people like Lisa Chin who are making a big impact on the economy and their communities.

In 1988, a group of Seattle-based social workers founded the nonprofit organization Treehouse on the belief that kids in foster care deserve a community that is committed to their success. Funded by bake sales and car washes, they started small, purchasing little things such as birthday presents and school supplies.

**Learn more**



## II.    Webinar: How to Market Your Federal Contract

**May 13 | 2:00 p.m. EDT**

There are many opportunities available in the federal procurement market. Developing a federal marketing and sales strategy can help you achieve success in the federal sector. Join the U.S. General Services Administration for a webinar about tips on creating a federal marketing strategy.

**Register**



The SBA recently launched the Shuttered Venue Operators Grant and Restaurant Revitalization Fund. Bad actors may take this opportunity to impersonate lenders or government officials in emails, robocalls, social media accounts and phony websites. Their goal is to attract victims and commit fraud, scams and schemes. The result is financial or personally identifiable information (PII) loss for the victims.

As a reminder, the SBA directly communicates from email addresses ending in **@sba.gov.** The SBA also communicates via email updates/notifications using an email marketing platform, (the same one you are receiving this newsletter from). Those emails end in **@updates.sba.gov**.

If you applied for the Shuttered Venue Operators Grant and emailed the SVOG Support Center, you may receive an email back from a **zendesk.com** account. This is an authorized SBA contractor.

If you are being contacted by someone claiming to be from the SBA who is not using an official SBA email address, you should suspect fraud. To report potential fraud, visit **sba.gov/covidfraudalert**.



## III.   Federal Coronavirus Resources

State, local, and federal agencies are working together to maintain the safety, security, and health of the American people. Check out **coronavirus.gov** for updates from the White House's COVID-19 Task Force. Go to **cdc.gov** for detailed information about COVID-19 from the Centers for Disease Control and Prevention.  Visit **covid-sb.org**, the official federal resource website for U.S. small businesses affected by COVID-19.

**Learn more about the federal government's response**

---



## IV.   Virtual Mentoring and Training

Offices around the country may be closed due to the pandemic, but SCORE, Small Business Development Centers, Women's Business Centers, Veterans Business Outreach Centers and other resource partners are providing free business mentoring and training by phone, email, and video.

**Find an SBA resource partner near you**

---



Join the
SBA Team:

Employment opportunities
to support SBA's COVID-19
pandemic response


U.S. Small Business
Administration

---

**V.** **U.S. Small Business Administration**

409 3rd St, SW. Washington DC 20416
www.sba.gov

**Subscriber Services**
Unsubscribe | Manage your account

    

SHARE

Unsubscribe | Update your subscriptions or modify your password/email address at any time on your Subscriber Preferences Page.

*All SBA programs and services are provided on a nondiscriminatory*
*basis. Reasonable accommodations will be made if requested at least two weeks in advance*

This email was sent to Small Business Administration (SBA) · 409 3rd St, SW · Washington DC 20416 · 1-800-827-5722

