IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TENNESSEE

JAKE'S BAR AND GRILL, LLC, and
ANTONIO VITOLO,

        Plaintiffs,

v.                                               Case No. 3:21cv176

ISABELLA CASILLAS GUZMAN,

        Defendant.

## COMPLAINT

As required by Fed. R. Civ. P. 7.1, Plaintiff Jake's Bar and Grill, LLC, declares that it has no parent corporation or any publicly held corporation that owns 10% or more of its stock.

Dated: May 12, 2021                               WISCONSIN INSTITUTE FOR LAW & LIBERTY
                                                          Rick Esenberg (*pro hac vice pending*)
                                                          rick@will-law.org

                                                          /s/ *Daniel P. Lennington*
                                                          Daniel P. Lennington (*pro hac vice pending*)
                                                          dan@will-law.org

                                                          Luke N. Berg (*pro hac vice pending*)
                                                          luke@will-law.org

                                                          330 E. Kilbourn Ave., Suite 725
                                                          Milwaukee, WI 53202
                                                          Phone: (414) 727-9455
                                                          Fax: (414)727-6385

1

/s/ *Matthew J. McClanahan*
Matthew J. McClanahan (BPR #036867)
McClanahan & Winston, PC
PO Box 51907
Knoxville, Tennessee 37950
Telephone: (865) 347-3921
Fax: (865) 444-0786
Email: matt@tennadvocate.com

*Attorneys for Plaintiffs*