IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TENNESSEE

JAKE'S BAR AND GRILL, LLC, and
ANTONIO VITOLO,

        Plaintiffs,

v.                                            Case No. 3:21cv176

ISABELLA CASILLAS GUZMAN,

        Defendant.

## CORPORATE DISCLOSURE

As required by Fed. R. Civ. P. 7.1, Plaintiff Jake's Bar and Grill, LLC, declares that it has no parent corporation or any publicly held corporation that owns 10% or more of its stock.

Dated: May 12, 2021

WISCONSIN INSTITUTE FOR LAW & LIBERTY
Rick Esenberg (*pro hac vice pending*)
rick@will-law.org

/s/ *Daniel P. Lennington*
Daniel P. Lennington (*pro hac vice pending*)
dan@will-law.org

Luke N. Berg (*pro hac vice pending*)
luke@will-law.org

330 E. Kilbourn Ave., Suite 725
Milwaukee, WI 53202
Phone: (414) 727-9455
Fax: (414)727-6385

1

*/s/ Matthew J. McClanahan*
Matthew J. McClanahan (BPR #036867)
McClanahan & Winston, PC
PO Box 51907
Knoxville, Tennessee 37950
Telephone: (865) 347-3921
Fax: (865) 444-0786
Email: matt@tennadvocate.com

*Attorneys for Plaintiffs*