UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT KNOXVILLE

| | | |
|---|---|---|
| ANTONIO VITOLO and JAKE'S BAR AND GRILL, LLC, | ) ) ) | Case No. 3:21-cv-176 |
| *Plaintiffs*, | ) ) | Judge Travis R. McDonough |
| v. | ) ) | Magistrate Judge Debra C. Poplin |
| ISABELLA CASILLAS GUZMAN | ) ) | |
| *Defendant*. | ) | |

## ORDER

Before the Court is a motion for temporary restraining order filed by Plaintiffs Antonio Vitolo and Jake's Bar and Grill, LLC. (Doc. 12.) The Court hereby **ORDERS** the parties to appear for a hearing on Plaintiffs' motion before the undersigned on **Monday, May 17, 2021, at 2:00 p.m.** in Courtroom 3, 900 Georgia Avenue, Chattanooga, Tennessee. The Court further **ORDERS** Plaintiffs to attempt to give notice of the hearing to Defendant and to be prepared to explain their efforts to give notice at the hearing.

**SO ORDERED**.

/s/ *Travis R. McDonough*
**TRAVIS R. MCDONOUGH**
**UNITED STATES DISTRICT JUDGE**