# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TENNEESSEE

| | |
|---|---|
| ANTONIO VITOLO, *et al.*,<br><br>    Plaintiffs,<br><br>v.<br><br>ISABELLA CASILLAS GUZMAN,<br><br>    Defendant. | Civil Action No. 3:21-CV-176-TRM-DCP |

## NOTICE OF APPEARANCE

Please take notice that the undersigned attorney, Alexandra R. Saslaw of the United States Department of Justice, Civil Division, Federal Programs Branch, enters her appearance as counsel on behalf of the defendant in the above-captioned case.

Dated: May 13, 2021

Respectfully submitted,

BRIAN M. BOYNTON
Acting Assistant Attorney General

LESLEY FARBY
Assistant Director, Federal Programs Branch

*/s/ Alexandra R. Saslaw*
ALEXANDRA R. SASLAW
Trial Attorney
United States Department of Justice
Civil Division, Federal Programs Branch
P.O. Box 883
Washington, DC 20044
Phone: (202) 514-4520
Email: alexandra.r.saslaw@usdoj.gov

*Counsel for Defendants*