UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TENNESSEE

| | |
|---|---|
| JAKE'S BAR AND GRILL LLC and ANTONIO VITOLO, | ) ) ) |
| Plaintiff, | ) ) |
| v. | ) ) |
| ISABELLA CASILLAS GUZMAN, Administrator, U.S. Small Business Administration, | ) ) ) ) ) |
| Defendant. | ) ) |

## DECLARATION OF DIANNA L. SEABORN

I, DIANNA L. SEABORN, hereby declare as follows:

1. I have worked at the U.S. Small Business Administration ("SBA") for over twenty years. I currently hold the position of Director of the Office of Financial Assistance in the Office of Capital Access. The Office of Capital Access is responsible for the operation of and development of policy for the SBA's business loan programs authorized under the Small Business Act and the Restaurant Revitalization Fund ("RRF") program authorized under the American Rescue Plan Act, among others. As such, I am knowledgeable about the RRF program.

2. The attached as Exhibit A is a true and correct copy of a screenshot of the RRF online application requesting that the Applicant self-certify if it is a small business concern at least 51 percent owned and controlled by one or more women, veteran(s), and/or socially and economically disadvantaged individual(s).

3. The attached as Exhibit B is a true and correct copy of a screenshot of the RRF online application requesting optional demographic information of the Applicant's business owner.

1

Pursuant to the provisions of 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct.

    Executed on this 14th day of May, 2021 in Washington, DC.

    DIANNA SEABORN
Digitally signed by DIANNA SEABORN
Date: 2021.05.14 18:29:20 -04'00'
_____
Dianna L. Seaborn
Director, Office of Financial Assistance
U.S. Small Business Administration

# Exhibit A





# Exhibit B

