UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT KNOXVILLE

| | | |
|---|---|---|
| ANTONIO VITOLO and JAKE'S BAR AND GRILL, LLC, | ) ) ) | Case No. 3:21-cv-176 |
| *Plaintiffs*, | ) ) | Judge Travis R. McDonough |
| v. | ) ) | Magistrate Judge Debra C. Poplin |
| ISABELLA CASILLAS GUZMAN | ) ) | |
| *Defendant*. | ) | |

**ORDER**

Before the Court is Plaintiffs' motion for a temporary restraining order (Doc. 12). The motion (Doc. 12) is **DENIED**. A forthcoming memorandum opinion will detail the Court's reasoning.

**SO ORDERED**.

/s/ *Travis R. McDonough*
**TRAVIS R. MCDONOUGH**
**UNITED STATES DISTRICT JUDGE**