U.S. DISTRICT COURT for the EASTERN DISTRICT OF TENNESSEE at CHATTANOOGA
CIVIL MINUTES - GENERAL

CASE NO. 3:21-cv-176

STYLE: Vitolo v. Guzman

PRESENT: Honorable Travis R. McDonough  ☑ U.S. District Judge  ☐ U.S. Magistrate Judge

DeAndra Hinton  Elizabeth Coffey
Courtroom Deputy  Court Reporter  Interpreter(s)
☐ SWORN

FTR ☐ 1B ☐ 4

Attorney(s) for Plaintiff(s): Matthew McClanahan, Rick Esenberg

Attorney(s) for Defendant(s): Alexandra Rachel Saslaw

**PROCEEDINGS:**

Temporary Restraining Order held on 5/17/2021 at 2:00 p.m.
Counsel Argued the Case re: TRO
Plaintiff asking the court to put the disbursements on hold.
Court will issue a written order.

Time: 2:04 to 3:10  Time: ___ to ___
Time: 3:34 to 3:35  Time: ___ to ___  5/17/2021
Time: ___ to ___  Time: ___ to ___  Date