IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TENNESSEE

JAKE'S BAR AND GRILL, LLC, and
ANTONIO VITOLO,

       Plaintiffs,

v.                                                    Case No. 3:21-cv-176

ISABELLA CASILLAS GUZMAN,

       Defendant.

## PLAINTIFFS' NOTICE OF APPEAL

Plaintiffs, JAKE'S BAR AND GRILL, LLC, and ANTONIO VITOLO, pursuant to 28 U.S.C. § 1292(a)(1),[1] hereby appeal to the United States Court of Appeals for the Sixth Circuit from the District Court's Order (Dkt. 20) and Memorandum Opinion (Dkt. 24), entered May 17 and May 19, 2021, respectively, denying Plaintiffs' Motion for Temporary Restraining Order (Dkt. 12) filed on May 12.

Dated May 20, 2021                          WISCONSIN INSTITUTE FOR LAW & LIBERTY

                                                            Rick Esenberg
                                                            rick@will-law.org

---

[1] The Court of Appeals has jurisdiction to hear appeals from "[i]nterlocutory orders of the district courts … granting, continuing, modifying, refusing or dissolving injunctions." 28 U.S.C. § 1292(a)(1). Due to their short duration, an order granting or denying a TRO is generally not appealable, however the Court of Appeals to review a TRO decision that "has the practical effect of an injunction," or if necessary to prevent "serious, perhaps irreparable, consequence[s]," *Maryville Baptist Church, Inc. v. Beshear*, 957 F.3d 610, 612 (6th Cir. 2020) (citation omitted); *Ohio Republican Party v. Brunner*, 543 F.3d 357, 360 (6th Cir. 2008); *Beacon J. Publ'g Co., Inc. v. Blackwell*, 389 F.3d 683, 684 (6th Cir. 2004).

Daniel P. Lennington
dan@will-law.org

/s/ *Luke N. Berg*

Luke N. Berg
luke@will-law.org

330 E. Kilbourn Ave., Suite 725
Milwaukee, WI 53202
Phone: (414) 727-9455
Fax: (414)727-6385


*/s/ Matthew J. McClanahan*
Matthew J. McClanahan (BPR #036867)
McClanahan & Winston, PC
PO Box 51907
Knoxville, Tennessee 37950
Telephone: (865) 347-3921
Fax: (865) 444-0786
Email: matt@tennadvocate.com

*Attorneys for Plaintiffs*

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing was filed via the Court's ECF system which will effect service upon all counsel or parties of record.

Dated: May 20, 2021

/s/ *Luke N. Berg*
Luke N. Berg