UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE

| | |
|---|---|
| ANTONIO VITOLO and JAKE'S BAR AND GRILL, LLC,<br><br>*Plaintiffs*,<br>v.<br><br>ISABELLA CASILLAS GUZMAN,<br><br>*Defendant*. | Case No. 3:21-cv-176-TRM-DCP<br><br>Chief Judge Travis R. McDonough<br><br>Magistrate Judge Debra C. Poplin |

## STIPULATION PURUSANT TO LOCAL RULE 12.1

Pursuant to Local Rule 12.1(a), Plaintiffs and Defendant ("parties"), by and through undersigned counsel, hereby agree to a twenty-one day initial extension of Defendant's time to answer or otherwise respond to the Amended Complaint until August 6, 2021. Defendant's current response deadline is July 16, 2021. Defendant has not sought a prior extension of this deadline.

On May 11, 2021, Plaintiffs brought this action challenging the priority period provision of the American Rescue Plan Act's Restaurant Relief Fund. On June 30, 2021, SBA completed distribution of the $28.6 billion allocated to the Fund and announced that the Fund had become exhausted. *See* SBA, *SBA Administrator Announces Closures of the Restaurant Revitalization Fund Program* (July 2, 2021), https://www.sba.gov/article/2021/jul/02/sba-administrator-announces-closure-restaurant-revitalization-fund-program.

On July 1, 2021, Defendant's counsel notified Plaintiffs' counsel regarding the status of the Fund and initiated a conversation regarding the status of this case. That conversation is ongoing, and the result of that conversation may inform next steps, if any, in this case. Accordingly, the parties stipulate to this twenty-one day extension of time for Defendant to respond to the Amended Complaint.

Dated: July 14, 2021

Respectfully submitted,

BRIAN M. BOYNTON
Acting Assistant Attorney General
Civil Division

LESLEY FARBY
Assistant Branch Director

s/ *Alexandra R. Saslaw*
ALEXANDRA R. SASLAW
Trial Attorney
United States Department of Justice
Civil Division, Federal Programs Branch
P.O. Box 883
Washington, DC 20044
Phone: (202) 514-4520
alexandra.r.saslaw@usdoj.gov

*Attorneys for Defendants*

WISCONSIN INSTITUTE FOR LAW & LIBERTY

Rick Esenberg (*pro hac vice*)
rick@will-law.org

/s/ *Daniel P. Lennington*
Daniel P. Lennington (*pro hac vice*)
dan@will-law.org

Luke N. Berg (*pro hac vice*)
luke@will-law.org

330 E. Kilbourn Ave., Suite 725
Milwaukee, WI 53202
Phone: (414) 727-9455
Fax: (414)727-6385