Case No. 21-5517/21-5528

# UNITED STATES COURT OF APPEALS
# FOR THE SIXTH CIRCUIT

## ORDER

ANTONIO VITOLO; JAKE'S BAR AND GRILL, LLC

    Plaintiffs - Appellants

v.

ISABELLA CASILLAS GUZMAN, Administrator of the Small Business Administration

    Defendant - Appellee

Upon consideration of the appellant's motion to voluntarily dismiss the appeal herein pursuant to Rule 42(b), Federal Rules of Appellate Procedure,

It is **ORDERED** that the motion is **GRANTED** and the appeal is dismissed.

                              **ENTERED PURSUANT TO RULE 45(a),**
                              **RULES OF THE SIXTH CIRCUIT**
                              Deborah S. Hunt, Clerk

Issued: July 14, 2021

## UNITED STATES COURT OF APPEALS
FOR THE SIXTH CIRCUIT

Deborah S. Hunt
Clerk

100 EAST FIFTH STREET, ROOM 540
POTTER STEWART U.S. COURTHOUSE
CINCINNATI, OHIO 45202-3988

Tel. (513) 564-7000
www.ca6.uscourts.gov

Filed: July 14, 2021

Mr. Daniel P. Lennington
Wisconsin Institute for Law and Liberty
330 E. Kilbourn Aveue
Suite 725
Milwaukee, WI 53202

Re: Case No. 21-5517/21-5528, *Antonio Vitolo, et al v. Isabella Guzman*
Originating Case No. : 3:21-cv-00176

Dear Counsel,

The Court issued the enclosed Order today in this case.

Sincerely yours,

s/Julie Anne Connor
Case Manager
Direct Dial No. 513-564-7033

cc: Mr. Luke N. Berg
Ms. Marleigh D. Dover
Mr. Rick Esenberg
Mr. Jack Starcher
Ms. LeAnna Wilson

Enclosure

No mandate to issue