IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TENNESSEE

ANTONIO VITOLO et al,

    Plaintiffs,

v.                                              Case No. 3:21-cv-176

ISABELLA CASILLAS GUZMAN,

    Defendant.

## STIPULATED DISMISSAL

As provided by Federal Rule of Civil Procedure 41, the parties stipulate that this action should be dismissed without prejudice. The parties further agree that each party shall bear its own fees and costs.

Dated: Aug. 25, 2021

                                             WISCONSIN INSTITUTE FOR LAW & LIBERTY

                                             Rick Esenberg
                                             rick@will-law.org

                                             /s/ *Daniel P. Lennington*
                                             Daniel P. Lennington
                                             dan@will-law.org

                                             330 E. Kilbourn Ave., Suite 725
                                             Milwaukee, WI 53202
                                             Phone: (414) 727-9455
                                             Fax: (414)727-6385

                                             *Attorneys for Plaintiffs*

BRIAN M. BOYNTON
Acting Assistant Attorney General
Civil Division

LESLEY FARBY
Assistant Branch Director

<u>s/Alexandra R. Saslaw</u>
ALEXANDRA R. SASLAW
Trial Attorney
United States Department of Justice
Civil Division, Federal Programs Branch
P.O. Box 883
Washington, DC 20044
Phone: (202) 514-4520
alexandra.r.saslaw@usdoj.gov

*Attorneys for Defendant*